1  QUIN DENVIR, Bar #49374
   Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CYRIL FRITCH

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )   NO. 1:05-CR-0330 OWW
                                    )
12            Plaintiff,            )   STIPULATION TO CONTINUE FILING OF
                                    )   MOTIONS,  MOTIONS HEARING, AND
13     v.                           )   ORDER THEREON
                                    )
14 CYRIL FRITCH,                    )   Date:  January 17, 2006
                                    )   Time:  1:30 p.m.
15            Defendant.            )   Judge: Honorable Oliver W. Wanger
                                    )
16 ─────────────────────────────    )

17

18                          **STIPULATION**

19         It is hereby stipulated by and between the parties, that the schedule for further pretrial motions, is

20 as follows:  motions are to be filed on or before December 19, 2005, responses, if any, are due on or

21 before January 9, 2005.  The hearing on motions currently scheduled for November 21, 2005, at 1:30 p.m.,

22 shall be continued to **January 17, 2006, at 1:30 p.m.**

23         The parties agree that any delay resulting from this continuance shall be excluded in the interest of

24 justice pursuant to 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

25 ///

26 ///

27 ///

28 ///

McGREGOR W. SCOTT
United States Attorney

DATED: November 17, 2005           By:   /s/ David L. Gappa
                                         DAVID L. GAPPA
                                         Assistant U.S. Attorney
                                         Attorney for Plaintiff


                                         QUIN DENVIR
                                         Federal Defender


DATED: November 17, 2005           By:   /s/ Marc C. Ament
                                         MARC C. AMENT
                                         Assistant Federal Defender
                                         Attorney for Defendant
                                         Cyril Fritch


## ORDER

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

                                         /s/ OLIVER W. WANGER
DATED: November_18_, 2005
                                         OLIVER W. WANGER, Judge
                                         United States District Court
                                         Eastern District of California