1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CYRIL FRITCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-CR-0330 OWW |
|---|---|---|
| *Plaintiff*, | ) | STIPULATION TO CONTINUE HEARING ON DISCOVERY AND ORDER THEREON |
| v. | ) | |
| CYRIL FRITCH, | ) | Date:  April 4, 2006 |
|   | ) | Time:  9:00 a.m. |
| *Defendant*. | ) | Judge: Honorable Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties, that the hearing on discovery currently scheduled for March 7, 2006, at 9:00 a.m., shall be continued to **April 4, 2006, at 9:00 a.m.**

The reason for this continuance is to allow counsel for defendant more time for further investigation and to attempt to resolve the case without trial.

The parties further agree that the failure of the court to grant such a continuance would unreasonably deny the defendant continuity of counsel, and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

```
                                            McGREGOR W. SCOTT
                                            United States Attorney

DATED: March 2, 2006            By:   /s/   David L. Gappa
                                            DAVID L. GAPPA
                                            Assistant U.S. Attorney
                                            Attorney for Plaintiff



                                            QUIN DENVIR
                                            Federal Defender

DATED: March 2, 2006            By:   /s/ Marc C. Ament
                                            MARC C. AMENT
                                            Assistant Federal Defender
                                            Attorney for Defendant
                                            Cyril Fritch
```

## ORDER

IT IS SO ORDERED. Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   March 3, 2006**              /s/ Oliver W. Wanger
emm0d6                                  UNITED STATES DISTRICT JUDGE