1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  MARC C. AMENT, Bar #59080
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  CYRIL FRITCH

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | NO. 1:05-CR-0330 OWW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING ON DISCOVERY AND ORDER THEREON |
| v. | ) | |
| CYRIL FRITCH, | ) | Date: April 24, 2006 |
| | ) | Time: 1:30 p.m. |
| Defendant. | ) | Judge: Honorable Oliver W. Wanger |

**STIPULATION**

It is hereby stipulated by and between the parties, that the hearing on discovery currently scheduled for April 4, 2006, at 9:00 a.m., shall be continued to **April 24, 2006, at 1:30 p.m.**

The reason for this continuance is to allow counsel for defendant more time for further investigation and to attempt to resolve the case without trial.

The parties further agree that the failure of the court to grant such a continuance would unreasonably deny the defendant continuity of counsel, and would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, 18 U.S.C. §§ 3161(h)(I)(F), 3161(h)(8)(A) and § 3161(h)(8)(B)(i).

|   |   |   |   |
|---|---|---|---|
| 1 |   |   | McGREGOR W. SCOTT<br>United States Attorney |
| 2 |   |   |   |
| 3 | DATED: March 31, 2006 | By: | /s/   David L. Gappa<br>DAVID L. GAPPA |
| 4 |   |   | Assistant U.S. Attorney<br>Attorney for Plaintiff |
| 5 |   |   |   |
| 7 |   |   | QUIN DENVIR<br>Federal Defender |
| 9 | DATED: March 31, 2006 | By: | /s/ Marc C. Ament<br>MARC C. AMENT |
| 10 |   |   | Assistant Federal Defender<br>Attorney for Defendant |
| 11 |   |   | Cyril Fritch |

**ORDER**

IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. § 3161, subd. (h)(8)(A) and (B). For the reasons stated above, the court finds that the ends of justice served by the delay outweigh the best interest of the public and the defendants in a speedy trial.

IT IS SO ORDERED.

**Dated:   April 6, 2006**              /s/ Oliver W. Wanger
emm0d6                                   UNITED STATES DISTRICT JUDGE