FILED
MAY 2 1 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

McGREGOR W. SCOTT
United States Attorney
DAVID L. GAPPA
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 1:05-cr- 00330 OWW |
| Plaintiff, ) ) | PROTECTIVE ORDER CONCERNING COMPUTER MEDIA CONTAINING CHILD PORNOGRAPHY |
| v. ) | |
| CYRIL FRITCH, ) | |
| Defendant. ) | The Honorable Oliver W. Wanger |

ORDER

IT IS HEREBY ORDERED AS FOLLOWS:

1. ~~San Diego~~ Fresno County Sheriff's Detective Kevin Wiens shall make a duplicate copy of the hard drive that was seized by the government in this case.

2. The duplicate copy of the hard drive shall be made available for defense counsel, Dan Harralson, Esq., and defense expert, Marcus Lawson (or one of his associates), review at the offices of U.S Immigration and Customs Enforcement (ICE) in Fresno, California for the purpose of preparing for trial in the above-entitled action. The images on the hard drives shall not be viewed by any other person unless defense counsel is present and the viewing is necessary to preparation of the defendant's defense.

1     3.   Mr. Harralson and Mr. Lawson shall not remove the hard
2 drive from the ICE office or copy, duplicate, or transfer any data
3 or files onto any other media of any kind.
4     4.   Neither Detective Wiens nor any government agent shall
5 access or review the defense copy of the hard drive while it is
6 within the custody of the ICE office.
7     5.   When the defense indicates that it is finished with its
8 review of the copy of the hard drive, Detective Wiens will "wipe"
9 the hard drive and return it to defense counsel or his expert.
10     6.   Any disputes concerning the above or problems
11 implementing this order shall be brought to the attention of the
12 court through representative counsel after first consulting
13 opposing counsel.

DATE: 5-21-07

_____
HONORABLE OLIVER W. WANGER
United States District Judge