1  KATHERINE HART #76715
   Attorney at Law
2  2055 San Joaquin
   Fresno, Ca. 93721
3  Telephone: (559) 256-9800
   Facsimile:  (559) 256-9798
4
   Attorney for Defendant
5

6

7              IN THE UNITED STATES DISTRICT COURT

8                 EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,      )    CASE NO.. 05-330 AWI
                                  )
11      Plaintiff,                )    STIPULATION TO RESET
                                  )    TIME FOR APPOINTMENT
12      v.                        )    OF COUNSEL;
                                  )    ORDER
13                                )
                                  )    Date: August 3, 2007
14 CYRIL FRITCH,                  )    Time: 9:00 a.m.
                                  )    Dept. OWW
15      Defendant.                )
   _____)
16
17         IT is hereby stipulated between counsel for the government and counsel for

18 Defendant that the time set for appointment of new counsel–1:30 p.m., Friday,

19 August 3, 2007, be advanced to **9:00 a.m.**, Friday, August 3, 2007.   Said

20 advancement on the calendar is made as counsel for defendant, Katherine Hart, is

21 unavailable at 1:30 p.m., and the Office of the Federal Defender has requested that

22 Katherine Hart accept appointment in this case.

23
   DATED: July 31, 20077          /s/ Katherine Hart
24                                KATHERINE HART
25

26 DATED: July 31, 2007           /s/   David Gappa
                                  ASSISTANT UNITED STATES
27

28                                     1

ATTORNEY

ORDER

Based on the stipulation between counsel, it is hereby ordered that the time set for appointment of new counsel be advanced from 1:30 p.m., Friday, August 3, 2007 to 9:00 a.m., Friday, August 3, 2007.

IT IS SO ORDERED.

**Dated:    July 31, 2007**                                        _____**/s/ Oliver W. Wanger**_____
                                                                     UNITED STATES DISTRICT JUDGE

2