KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile: (559) 256-9798

Attorney for Defendant
CYRIL FRITCH

# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-F-05-0330 OWW |
| Plaintiff, ) | STIPULATION TO CONTINUE TRIAL FROM FEBRUARY 12, 2008 to APRIL 1, 2008, WITH DECLARATION AND PROPOSED ORDER |
| v. ) | Proposed Trial Date: 4/1/08<br>Time: 9:00 a.m.<br>Dept: OWW |
| CYRIL FRITCH, ) | |
| Defendant. ) | |

IT IS HEREBY STIPULATED BETWEEN COUNSEL AS FOLLOWS:

That the trial date previously set of February 12, 2008 be continued to April 1, 2008, that the filing date for motions be set for March 3, 2008, with response due March 10, 2008, with trial confirmation and motions set for March 24, 2008. It is further stipulated that time will be excluded under the provisions of the Speedy Trial Act, 18 U.S.C. § 3161 et seq. in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such continuance would deny counsel for the

1

defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

DATED: December 19, 2007        /s/ Katherine Hart
                                KATHERINE HART, Attorney for
                                CYRIL FRITCH

DATED: December 19, 2007        /s/ David Gappa
                                DAVID GAPPA, Assistant United States
                                Attorney

## ORDER

Good cause appearing it is hereby ordered that the following dates be set:

Trial: April 1, 2008 at 9:00 a.m.;

Trial confirmation and motions: March 24, 2008 at 1:30 p.m.;

Motions to be filed by: March 3, 2008;

Response to be filed by: March 10, 2008.


December 19, 2007                /s/ OLIVER W. WANGER
                                 OLIVER W. WANGER, JUDGE OF THE
                                 EASTERN DISTRICT

2