| PROB 22 (ED/CA)<br>(Rev. 2/88) | | DOCKET NUMBER (TRAN. COURT) |
|---|---|---|
| **TRANSFER OF JURISDICTION** | | 0972 1:05CR00330-001 LJO |
| | | DOCKET NUMBER (REC. COURT) |

| NAME AND ADDRESS OF ☐ PROBATIONER ☒ SUPERVISED RELEASEE | DISTRICT<br>E-CA | DIVISION<br>Fresno | |
|---|---|---|---|
| Cyril Fritch | NAME OF SENTENCING JUDGE | | |
| | DATES OF<br>☐ PROBATION<br>☒ SUPERVISED RELEASE | FROM<br>3/29/2016 | TO<br>3/28/2031 |

OFFENSE

18 USC 2252(a)(2):   Receipt or Distribution of Material Involving the Sexual Exploitation of Minors

## PART 1 – ORDER TRANSFERRING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF CALIFORNIA

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605 the jurisdiction of the supervisee named above be transferred with the records of the Court to the United States District Court for the Eastern District of Arkansas upon that Court's order of acceptance of jurisdiction.   This Court hereby expressly consents that the period of Supervised Release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

_June 24, 2016_  
Date

_[signature]_  
United States District Judge

RESTITUTION:   If this offender has an order of restitution which is to be paid jointly and severally, the offender shall send payments to the sentencing district Court Clerk's Office and no financial record shall be created in the receiving district.

*This sentence may be deleted at the discretion of the transferring Court.

## PART 2 – ORDER ACCEPTING JURISDICTION

### UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF ARKANSAS

IT IS HEREBY ORDERED that jurisdiction over the above-named supervisee be accepted and assumed by this Court from and after the entry of this Order.

_June 30, 2016_  
Effective Date

_[signature]_  
United States District Judge

CC:   United States Attorney  
    FLU Unit - United States Attorney's Office  
    Fiscal Clerk - Clerk's Office